STATE OF NEW JERSEY v. ANTHONY A. MARI.

June 27, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL L. WARD.

June 27, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. IVORY LEE JOHNSON.

June 27, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. WALLACE CLEMONS.

June 27, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. KEVIN CRISP.

June 27, 1986.

Petition for certification denied.